Opinion by Cole, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53019.**—G. D. Searle & Co. *v.* United States, protests 131807–K/1183, etc. (Chicago).

Opinion by Cole, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53020.**—Armour & Company *v.* United States, protests 144582–K and 144583–K (Detroit).

Opinion by Cole, J. It was stipulated that the merchandise consists of "ox gall concentrate," the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53021.**—Armour & Company *v.* United States, protest 144587–K (Pembina).

Opinion by Cole, J. It was stipulated that the merchandise consists of "ox gall concentrate," the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53022.**—G. D. Searle & Co. *v.* United States, protest 144618–K (Pembina).

Opinion by Cole, J. It was stipulated that the merchandise consists of "ox gall concentrate," the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53023.**—K. Iguchi et al. *v.* United States, protests 836381–G, etc. (Providence).